**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:    Shatish Patel, M.D., Hemalatha Vijayan, M.D., Subodh Sonwalkar, M.D., Wolley Oladut M.D. v. St. Luke's Sugar Land Partnership, L.L.P. and St. Luke's Community Development Corporation-Sugar Land

Appellate case number:    01-13-00273-CV

Trial court case number:    2011-24016

Trial court:    152nd District Court of Harris County

Appellants Shatish Patel, M.D., Hemalatha Vijayan, M.D., Subodh Sonwalkar, M.D., and Wolley Oladut, M.D. filed a motion requesting the court to issue the mandate in this case "immediately" or, in the alternative and pursuant to TEX. R. APP. P. 29.3, to order the appellees to refrain from taking action that would be prohibited by the proposed injunction.

The court requests a response, which is **due** on **December 9, 2013**. The court requests that the appellees specifically address what "appropriate security" should be required of the appellants if the court grants the requested alternative relief. *See* TEX. R. APP. P. 29.3.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                   x  Acting individually      ☐  Acting for the Court

Date:  December 4, 2013